UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:18-CR-96-1BO

United States of America

vs.

ORDER

RAYMOND ALAN GRIFFIN

IT IS HEREBY ORDERED that the following jury trial exhibits be returned to **TFO Sean Brady, Raleigh PD** and remain in his custody through any proceeding on appeal or review:

**Government's Exhibits:**
# 60 - Backpack
# 61 - Black bandanas
# 62 - Money
# 63 - Boots

Agent: *S. P. Brady*

This 8th day of January, 2019.

TERRENCE W. BOYLE, Chief US District Judge