IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:18-cr-00096-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER GRANTING MOTION TO |
| | ) | WITHDRAW AS COUNSEL FOR |
| RAYMOND ALAN GRIFFIN, | ) | DEFENDANT RAYMOND ALAN |
| | ) | GRIFFIN |
| Defendant | ) | |

THIS MATTER is before the Court on Motion of Wes J. Camden of the law firm of Ward and Smith, P.A., seeking to withdraw as counsel for Defendant Raymond Alan Griffin; and it appearing to the Court that good cause exists for the allowance of said motion, and that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Wes J. Camden should be and hereby is, permitted to withdraw and is relieved of any further responsibility as an attorney of record for Defendant Raymond Alan Griffin in this matter.

This the _25_ day of _February_, 2019.

_____
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT COURT JUDGE